447 A.2d 658

Corbett, et al. v. Wilkes-Barre Publishing Co., Appellant.

Argued February 4, 1981. David W. Saba and Elihu A. Greenhouse, for appellant; Albert J. Flora, for appellees.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Order affirmed.

WICKERSHAM, J., concurred in the result.